1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRANCISCO GARCIA,                          No.  2:22-cv-1612 CKD P

12                 Plaintiff,

13        v.                                     ORDER

14   LINDA,

15                 Defendant.

16

17        Plaintiff has requested an extension of time to file an amended complaint "to give

18   C.D.C.R. time to comply with the APPEAL PROCESS."  While the court will grant plaintiff an

19   extension of time, plaintiff is informed that under 42 U.S.C. § 1997e(a) "[n]o action shall be

20   **brought** with respect to prison conditions under section 1983 of this title, or any other Federal

21   law, by a prisoner confined in any jail, prison, or other correctional facility until such

22   administrative remedies as are available are exhausted."  Exhausting administrative remedies

23   while a case is already pending is not sufficient.  To the extent plaintiff seeks to pursue claims

24   where administrative remedies were not exhausted before this case was filed, plaintiff should

25   consider pursuing such claims in a new action brought after administrative remedies are

26   exhausted.

27   /////

28   /////

1    Accordingly, IT IS HEREBY ORDERED that:

2        1. Plaintiff's request for an extension of time (ECF No. 10) is granted; and

3        2. Plaintiff is granted 30 days within which to file an amended complaint. Failure to file an

4    amended complaint within 30 days will result in a recommendation that this action be dismissed.

5    Dated:  November 7, 2022

6    _____
     CAROLYN K. DELANEY

7    UNITED STATES MAGISTRATE JUDGE

8

9

10   1
     garc1612.ext

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                 2