IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO GARCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>L. HERRERA,<br><br>          Defendant. | 2:22-cv-01612 CKD<br><br>**ORDER GRANTING MOTION TO OPT OUT OF POST-SCREENING EARLY ADR**<br><br>Judge:         The Hon. Carolyn K. Delaney<br>Trial Date:    Not Set<br>Action Filed:  September 14, 2022 |

Good cause appearing, IT IS HEREBY ORDERED that:

Defendant's request to opt-out of this court's post-screening Early Alternative Dispute Resolution Program is GRANTED. This action is released from the Alternative Dispute Resolution Program. The stay imposed is lifted. Defendant Herrera is granted 14 days within which to file a responsive pleading.

Dated: July 5, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE