1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FRANCISCO GARCIA,                               No.  2:22-cv-1612 CKD P

12                 Plaintiff,

13         v.                                         ORDER AND

14    LINDA HERRERA,                                  FINDINGS AND RECOMMENDATIONS

15                 Defendant.

16

17         On July 26, 2023, defendant informed the court that plaintiff is deceased.  Under Rule 25

18    of the Federal Rules of Civil Procedure, an action must be dismissed if no motion for substitution

19    is filed within 90 days from the date a plaintiff's death is suggested on the record.  No motion for

20    substitution has been filed.

21         Accordingly, IT IS HEREBY ORDERED that:

22         1.  Defendant's July 14, 2023 motion to dismiss is denied as moot; and

23         2.   The Clerk of the Court assign a district court judge to this case.

24         IT IS HEREBY RECOMMENDED that:

25         1.  Defendant's November 7, 2023 motion to dismiss pursuant to Federal Rule of Civil

26    Procedure 25 be granted; and.

27         2.  This case be dismissed.

28    /////

1    These findings and recommendations are submitted to the United States District Judge

2    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3    after being served with these findings and recommendations, any party may file written

4    objections with the court and serve a copy on all parties.  Such a document should be captioned

5    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

6    objections shall be served and filed within fourteen days after service of the objections.  The

7    parties are advised that failure to file objections within the specified time may waive the right to

8    appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9    Dated:  November 8, 2023

10                                                                          CAROLYN K. DELANEY
                                                                            UNITED STATES MAGISTRATE JUDGE

14    1
15    garc1612.sod