UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>LINDA HERRERA,<br><br>        Defendant. | No.  2:22-cv-1612 DJC CKD P<br><br><br>ORDER |

Plaintiff, who now appears to be deceased, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2023, the Magistrate Judge filed findings and recommendations herein.  The findings and recommendations contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections have been filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate judge's

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (ECF No. 30) is granted; and
2. This case is dismissed.

IT IS SO ORDERED.

Dated:   **December 15, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

garc1612.jo

2